UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE A. CRUZ,
               Plaintiff,

v.

ALLISON R. ESTELL,
               Defendant.
------------------------------------------------------------x

**ORDER**

20 CV 358 (VB)

On January 15, 2020, defendant removed this negligence action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

Appended to defendant's notice of removal are several exhibits, two of which purport to contain plaintiff's state-court summons and complaint (Doc. #1-1) and responses to defendant's combined discovery demands (Doc. #1-3). However, it appears full copies of these documents have not been filed.

For example, pages numbered 2, 4, and 6 of the complaint are missing from defendant's filing. (Doc. #1-1). In addition, the relevant pages of plaintiff's responses to defendant's combined discovery demands (Doc. #1-3), from which defendant ascertained that the case is one which has become removable, are not apparent from defendant's filing. See 28 U.S.C. § 1446(b)(3).

Moreover, defendant's answer, also annexed as an exhibit to the notice of removal, is not paginated. (Doc. #1-2). Given the filing miscues discussed above, the Court is uncertain whether a full copy of defendant's answer is annexed to the notice of removal.

Accordingly, by January 23, 2020, defense counsel shall refile the notice of removal, with full copies of all exhibits annexed thereto.

Dated: January 16, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1